# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-0748
<mark>LT Case No. 2015-CF-7230
CORRECTED</mark>
_____

DEVANTA LAMONT JOHNSON,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Rachael E. Reese, Rachael Reese, PA, Tampa, for Petitioner.

No Appearance for Respondent.

April 11, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 25, 2024 order denying defendant's motion for postconviction relief rendered in Case No. 2015-CF-7230, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____